## AFFIDAVIT OF SPECIAL AGENT

I, Special Agent Errol C. Flynn, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI").  I am assigned to the Office of the Special Agent in Charge in Boston, Massachusetts.

2.      As a federal agent with HSI, I am authorized to investigate crimes involving violations of Title 18, Title 8, and Title 19 of the United States Code and to execute warrants issued under the authority of the United States.

3.      I have been employed as an HSI Special Agent since 2006.  I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia.  Specifically, I received certification in the Criminal Investigator Training Program and the ICE Special Agent Training Program.  I received training relating to trafficking in persons, including sex trafficking, and other offenses.  From 2002 through 2006, I worked as a Special Investigator with the Massachusetts Alcoholic Beverages Control Commission where I investigated violations of the Massachusetts liquor laws and liquor industry.  Prior to 2002, I completed the Municipal Police Training Committee's Massachusetts Police Academy in Reading, Mass.  I earned a Masters of Arts with a concentration in Criminal Justice from the University of Massachusetts.  I also earned a Bachelor of Science from the University of Massachusetts with concentration in Criminal Justice and Psychology.

4.      As an HSI Special Agent, I investigate human smuggling, human trafficking, and gang activity, among other crimes.  Based on my training and experience, I have become familiar with the methods, routines, and trends in human trafficking, including methods used by human

traffickers to acquire, conceal, and launder proceeds from these crimes.  I am also familiar with

the methods that human traffickers ("pimps") use to recruit, entice, transport, harbor, smuggle,

and arrange for victims to participate in commercial sex acts for the pimps' financial benefit.

5.      I am currently involved in an investigation of a group of individuals involved in

transporting individuals in interstate or foreign commerce with the intent that such individuals

engage in prostitution or other criminal sexual activity, in violation of 18 U.S.C. § 2421;

persuading, inducing, enticing, or coercing individuals to travel in interstate or foreign commerce

to engage in prostitution or other criminal sexual activity, in violation of 18 U.S.C. § 2422;

money laundering, in violation of 18 U.S.C. § 1956(a)(1); structuring, in violation of 31 U.S.C.

§ 5324; and conspiracy to commit such offenses, in violation of 18 U.S.C. §§ 371 and 1956(h).

## PURPOSE OF AFFIDAVIT

6.      This affidavit is being submitted in support of a criminal complaint against the

following individuals:

a.   Yoon I. Kim of Haymarket, Virginia ("Y. Kim");

b.   Taehee Kim, a/k/a "Hyunsook Kim" of Haymarket, Virginia ("T. Kim");

c.   Jineok Kim of Watertown, Mass. ("J. Kim");

d.   Kyung Song of Lexington, Mass. ("Song"); and

e.   Susan Bashir, a/k/a "Susan Redmon," a/k/a "Susan Redmond," of Stone

Mountain, Georgia ("Bashir"),

charging that beginning from at least in or about November 2015 and continuing until the

present, each did knowingly and willfully conspire with each other and others known and

unknown to commit offenses against the United States, to wit, to knowingly persuade, induce,

entice, and coerce one or more individuals to travel in interstate or foreign commerce to engage

2

in prostitution, or in any sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2422, all in violation of 18 U.S.C. § 371.

7.      This affidavit also sets forth probable cause in support of applications for search warrants for the following locations:

a.      ███████████████, Haymarket, Virginia (the "Yoon/Taehee Kim Residence" or "Target Location #1");

b.      4457 Oakdale Crescent Court, Bldg. 4464, Apt. 1123, Fairfax, Virginia, which is located in an apartment complex known as the "Edge at Fairfax Corner"  (the "Edge Apt. 1123" or" "Target Location #2");

c.      165 Cambridge Park Drive, Apt. 335, Cambridge, Mass, which is located in an apartment building known as "Fuse Cambridge" (the "Fuse Apt. 335" or "Target Location #3");

d.      33 Rogers Street, Apt. 212, Cambridge, Mass., which is part of an apartment building known as the Axiom Apartment Homes (the "Axiom Apt. 212" or "Target Location #4");

e.      ████████████ Lexington, Mass. (the "Song Residence" or "Target Location #5");

f.      ██████████████, Watertown, Mass. (the "J. Kim Residence" or "Target Location #6");

g.      ████████████, Stone Mountain, Georgia (the "Bashir Residence" or "Target Location #7");

h.      600 Garson Drive NE, Apt. 5306, Atlanta, Georgia, which is located in an apartment complex known as "Tuscany at Lindbergh" ("Tuscany Apt. 5306" or

"Target Location #8"); and

     i.   302 Perimeter Center North, Apt. 1309, Atlanta, Georgia, which is located in an apartment complex known as the "Bricks Perimeter Center" ("Bricks Apt. 1309" or "Target Location #9").

These locations are referred to collectively herein as the "Target Locations."

8.     This affidavit does not set forth all the facts developed during the course of this investigation.  Rather, it sets forth only those facts that are necessary and sufficient to establish probable cause to believe that the defendants identified herein have committed and will continue to commit the offense described in paragraph 6, and that evidence, fruits, and instrumentalities of the offenses described in paragraph 5 will be found in the above-described Target Locations.

9.     I have participated in the below-described investigation since late 2015.  I am familiar with the facts and circumstances of this investigation based on information I have received from a variety of sources, including my own personal participation in the investigation, oral and written reports made to me by other law enforcement officers, physical surveillance, public records, business records, telephone toll records, documents obtained pursuant to search warrants for email accounts, and court-authorized GPS tracking and cell-phone location tracking. Statements of my beliefs interpreting the evidence and events described herein come from my training and experience investigating human trafficking offenses.

## SUMMARY OF EVIDENCE

### I.    Overview of Interstate Prostitution Network

10.    From at least November 2015, the co-conspirators identified in paragraph 6 have operated an interstate prostitution network with multiple brothels in greater Boston, Atlanta, and eastern Virginia.  The targets advertise their prostitution network primarily on three websites: www.bostonasiandolls.com, www.exoticasiansatlanta.com, and www.redhotflowers69.com.

Each of the websites advertises appointments with Asian women in either greater Boston (www.bostonasiandolls.com), Atlanta (www.exoticasiansatlanta.com), or eastern Virginia (www.redhotflowers69.com).  Although each of the websites claims "[t]his site does not promote a prostitution ring" or constitute "an offer for prostitution," all three sites do in fact promote and advertise prostitution.  Each website describes the process that client must undertake to book appointments with the advertised women.  Typically, clients are required to complete a form on the websites, allowing the organization to verify the clients' employment.  After their employment is verified (usually by telephone call to the place of employment), the clients can book appointments.  Further communications about the appointments—e.g., time, duration, location, and other logistics—generally occurs via text message exchanges with telephone numbers provided on the websites.  Several women have been advertised on more than one of the above-described websites, as they traveled from city to city within the prostitution network.  Men interviewed by law enforcement have confirmed that they have seen the same women in multiple cities within the prostitution network.

11.     Most clients of this prostitution ring who were interviewed by law enforcement stated that for a typical encounter with one of the prostitutes, they went to a specific apartment as directed by text messages from the phone number posted on the website they visited.   When they arrived at the apartment, they did not knock; the door was opened by an Asian female inside who was expecting them.  Typically, the Asian female who opened the door was the individual they made the appointment to meet.  The men then removed their shoes and were escorted by the Asian female to the bedroom, where the men undressed, and were accompanied into an attached bathroom.  There, they were directed to use mouthwash; they showered with the Asian female; and they then returned to the bedroom engage in sex with that female using a condom that she

provided.  Most of the men then showered again with the Asian female, and left their cash

payment (in an amount specified on the website based on the duration of the session) in the

apartment.

### A.     Boston Area Brothels Are Advertised at www.bostonasiandolls.com ("Boston Asian Dolls")

12.     The website www.bostonasiandolls.com purports to advertise adult escort services

with Asian women in the Boston area.  The website states:  "We provide just pretty, cute,

attractive Asian models . . . . We have an amazing reputation in Boston for providing the BEST!

We have been in business for a long time now.  We have amazing beauties from Korea or

Japan. . . .  A lot of ladies are 'New'[;] some have not ever worked in the United States before.

But, have worked in other countries. . . . We specialize in creating your Geisha Experience, an

experience you[] will not forget.  Our performance goes beyond standard expectations."  The site

lists the names (likely aliases or nicknames) of women who are available for appointments and

provides pictures and brief descriptions of the women.  On March 11, 2018, for example, the

website stated that "Ara," "Jina," "Nabi," and "Scarlet Red" were available for appointments.

The website stated that "Jina" was "brand new" and described her as follows:  "All natural

beauty Jina is visiting town for the first time[.]  Her super sexy curvy body, all natural, puts her

as top notch glamour model in this business[.]  Jina's beautiful looks along with her

complimenting excellent services makes her a very special one[.]  Jina's model like body and her

oriental looks along with her all natural D cup will bring you to a next level GFE experience[.][1]

Meet Jina today and let your stress go away all at once with her special treat[.]"   The website

---

[1]  "GFE" likely refers to "girlfriend experience."  Throughout this affidavit, I have
generally maintained any spelling or grammatical errors when quoting from the websites.

contained a similarly styled descriptions of "Ara," "Nabi," and "Scarlet Red" and contained semi-nude pictures of all four women.

13.     The website describes the process a user must undertake to book appointments with Boston Asian Dolls.  "For first time guest, please fill out the form below.  Forms are for verifications purposes only.  They are not used to book appointment with us.  If you are a regular friend of ours please CALL US.  WE DOT ACCEPT TEXTS!"  Customers are instructed that they must provide their real names, and their employment must be verified before they can book an appointment.  617-755-7217 is listed as the number that customers are instructed to call to set up appointments with the women advertised on www.bostonasiandolls.com.  Agents have spoken to customers of Boston Asian Dolls who have made appointments by contacting 617-755-7217 via voice or text.  Specific instructions regarding the location of the appointments were provided via text messages sent from 617-755-7217.  These men then paid for sex with women advertised on the website in multiple Cambridge brothel locations, including:

- 223 Concord Turnpike, Apt. 155, in Cambridge, Mass.  This apartment is located in an apartment building called "Vox on Two" (the "Vox").  Yoon Kim leased this apartment until July 2016.   Boston Asian Dolls no longer uses this location for prostitution.

- Fuse Apt. 335 (Target Location #3).  Boston Asian Dolls (specifically Y. Kim and J. Kim) moved a portion of the prostitution business from Vox Apt. 155 to Target Location #3 in August 2016.  As described below, www.bostonasiandolls.com was updated to inform customers of the move.  Y. Kim has leased Target Location #3 since August 2016, and Boston Asian Dolls continues to use this location as a brothel.

- 33 Rogers Street, Apt. 202, Cambridge, Mass.  This apartment is located in the Axiom Apartment Homes (the "Axiom").  Yoon Kim leased this apartment until the end of September 2017.  Boston Asian Dolls no longer uses this location for prostitution.

- Axiom Apt. 212 (a two-bedroom apartment that is Target Location #4).  Y. Kim and J. Kim moved operations from Axiom Apartment 202 (a one-bedroom apartment) to Target Location #4, where prostitution activity currently occurs.

14.     An image of the www.bostonasiandolls.com landing page (which is also the "Age Check page") from March 11, 2018, is shown in Figure 1 below:



Figure 1: www.bostonasidolls.com as of March 11, 2018.

15.     The site typically advertises the services of two Asian women at any given time,

though there are periods when one woman is advertised, and some periods when more than two

women are advertised.  Women who have appeared on www.bostonasiandolls.com have also

appeared on www.exoticasianatlanta.com.

16.    A section of the website titled "Gifts" states as follows:

> Gift is proper etiquette. When arriving please leave gift out in plain
> view! Your appointment will not start until this is done!  Please
> make sure the gift that you are leaving is CORRECT, before
> arriving!  Discussion of gifts when arriving, is not allowed! Please
> be aware this is for companionship between 2 adults.
>
> Donations~
> 45mins - 280
> 1hr       - 320
> 90mins - 470
> 2hrs      - 600
>
> Double Donations
> 1 hour 600
> 90 min 940
> 2 hrs 1,200

17.    The description above does not reflect requests for "donations" or "gifts" but

rather reflects the rates charged for men to engage in sexual acts with the women advertised on

www.bostonasiandolls.com.  Of note, the required "Gift" increased recently, as reflected on the

www.bostonasiandolls.com home page, which states:

> **ATTENTION CUSTOMERS**
> "We kept our donation rate same for last 6 years to satisfy our
> friends but now we are changing due to the raised girl's pay
> demands and cost of living that is causing us difficulty.  Please
> understand why we have changed it, but we promise you to
> continue to give you a finest service you deserve and a best quality
> models.  Thank you for your understanding"  Please check Gift
> page for more detail or call us for questions.

18.    The prices on the "Gift" page reflect increases of $20 per appointment with the

exception of 90-minute and two-hour "Double Donations," which were increased $40 each.  I

believe "Double Donations" refers to appointments to engage in sex acts with two women.

**B.     Atlanta Area Brothels Are Advertised at <u>www.exoticasianatlanta.com</u> (Exotic Asian Atlanta)**

19.     The website <u>www.exoticasianatlanta.com</u> has similar design and content as <u>www.bostonasiandolls.com</u>.  The color scheme and website layouts are similar, and like <u>www.bostonasiandolls.com</u>, the website has a menu on the left side of the home page with the following items:  "Age Check"; "Home"; a list of women available for appointments; "About Us"; "Contact Us"; "Gift"; and "Privacy Policy."  The "Contact Us" page lists a "New #" and provides 704-550-7879.

20.     The landing page (again, also the "Age Check" page) contains the same warning/disclaimer that was posted on the Boston Asian Dolls website.  The website <u>www.exoticasianatlanta.com</u> nonetheless does, in fact, promote prostitution in at least two Target locations in Atlanta:  Tuscany Apt. 5306 ("Target Location #8") and Bricks Apt. 1309 or (Target Location #9).

21.     Likewise, the site lists the names of women (typically two or three at any given time) who are available for appointments and provides pictures and brief descriptions of the women.  The landing page as of March 11, 2018, which displays 678-575-0173, is shown in Figure 2 below:



Figure 2:  www.exoticasianatlanta.com as of March 11, 2018.

22.     The site listed "Tess," "Eve," and "Cherry" as available for appointments.

"Tess," for example, was described as follows:  "Beautiful sexy girl Tess is visiting town for the

first time[.]  This sexy, hot and beautiful model has it all[.]  Tess has a beautiful face with super

curvy body!  Her wonderful services always goes beyond and above!  Tess is a rare beauty and

she even shines more in person[.]  Meet this beauty before she is gone!"  The website contained

similarly styled descriptions of "Eve" and "Cherry," and contained nude and/or semi-nude

pictures of all three women.

23.     The website describes a similar process by which customers provide personal

information, are vetted, and then may make appointments by contacting 678-575-0173.  Agents

have spoken to individuals who made appointments and paid for sex with women advertised on

www.exoticasianatlanta.com in a greater-Atlanta brothel location by contacting 678-575-0173.

One of the men paid for sex on February 6, 2018, at the Tuscany Apt. 5306 (Target Location #8).

That same individual had previously contacted 678-575-0173 to arrange for sex with a woman

advertised on the website at Bricks Apt. 1309 (Target Location #9).   Acting at the direction of

law enforcement, this individual scheduled an appointment through www.exoticasianatlanta.com

for March 9, 2018.   Through text messages with 678-575-0173, this individual was directed to

Target Location #9, but cancelled the appointment at the last minute, as directed by law

enforcement.

### C.      Red Hot Flowers69 (www.redhotflowers69.com)

24.      The website www.redhotflowers69.com also has similar design and content as

both www.exoticasianatlanta.com and www.bostonasiandolls.com.   The landing page contains a

similar disclaimer to those found on the Boston Asian Dolls and Exotic Asian Atlanta websites,

claiming that Red Hot Flowers69 "does not promote a prostitution ring nor is this an

advertisement or any content therein an offer for prostitution.   Any type of gift exchanged is for

companionship only and anything beyond that is a choice made between two consenting adults

and not contracted for by the site."   The landing page as of March 11, 2018, is shown in Figure 3

below:



Figure 3:  www.redhotflowers69.com as of March 11, 2018.

25.     Like www.exoticasianatlanta.com and www.bostonasiandolls.com, www.redhotflowers69.com has a menu on the left side of the home page with the following items:  "Age Check"; "Home"; a list of women available for appointments; "About Us"; "Contact Us"; "Gift"; and "Privacy Policy."  The "Contact Us" page lists a "New #" and provides 704-550-7879.

26.     It is not clear whether the site currently advertises women available for appointments.  No women are listed on the left-side menu as being available for appointments, and the home page states:  "Please keep in mind we are not always open.  Only when we have a visiting girl[.]  Thanks so much!  RHF[.]"   That same page, however, still lists "Tess" and "Venus" as available for appointments alone or together as part of a special "Double

Experience."   It is not clear whether this information remains current, as "Tess" has been advertised on www.exoticasianatlanta.com since March 6, 2018.

27.     On February 14, 2018, the website advertised two women:  "Venus" and "Anika." The website also advertised "Double Venus&Anika."  The website described "Venus" as "brand new," and states, " 'I do double with Anika!!' . . . Beautiful model Venus is visiting town[.] Venus is a model who has a sexy body with beautify legs, and an amazing service[.]  You will not forget that this is a session and will enjoy from start to finish[.]  Venus is a hot and wonderful in both out and inner side[.]  This girl will not disappoint you but please 100%, she will make your time very worth it[.]  Call us now so you can meet this beautiful model today[.]  The site also contains a similarly styled description of "Anika" and nude and/or semi-nude pictures of the two women.  The landing page as of February 14, 2018, is shown in Figure 4 below.



Figure 4: www.rehotflowers69.com as of February 14, 2018.

28.    The website includes a description of its "Gift" policy that is similar to the ones

listed on www.bostonasiandolls.com and www.exoticasianatlanta.com:

> Gift is proper etiquette.  When arriving, please leave gift out
> in plain view!  Your appointment will not start until this is
> done!  Please make sure the gift that you are leaving is
> CORRECT, before arriving!   Discussion of gifts when
> arriving  is  not  allowed!    Please  be  aware  this  is  for
> companionship between 2 adults.

29.    The site lists the following suggested gifts:

> 220 – 45
> 260 1hr
> 400 90
> 500 2hrs
> *Please add 40 if you choose GFE PLUS*

30.    On February 16, 2018, a customer of Boston Asian Dolls—"John Doe #1" or

"JD1"—who was working at the direction of law enforcement, communicated with Red Hot

Flowers69 via telephone number 704-550-7879 and made an appointment to have sex with one

of the women advertised on the website.   A summary of the texts messages between JD1 and

Red Hot Flowers69 (704-550-7879) is provided in the chart below.  The exchange started in the

afternoon on February 16, 2018, and ended at approximately 5:31 p.m.

| Sender | Text |
|---|---|
| JD1 | Hi looking to set up apt with Venus for later today. |
| JD1 | its mike green from Boston |
| 704-550-7879 | Are you in VA, |
| JD1 | Yes in town |
| 704-550-7879 | Do you have references? |
| JD1 | Yes used the services in Boston |
| JD1 | Cambridge on Rogers street, Bostonasiandolls |
| 704-550-7879 | Ok I'll ask, Venus is in Fairfax VA |
| JD1 | Ok 5 work? |
| 704-550-7879 | Sure how long? Reg or plus? |
| 704-550-7879 | Plus = cim 40 extra[2] |
| JD1 | 1hr please reg |
| 704-550-7879 | The Edge at Fairfax Apts 4457 Oakdale Crescent Ct Fairfax VA 22030 |
| JD1 | OK I'll TM when I arrive |
| 704-550-7879 | Thanks, Once you get to main entrance of the apt. park in front of the leasing office (there are future residents or visitor parkings (sp). Then go through the gate to the RIGHT when you are facing the leasing office. |
| 704-550-7879 | Once you get through the gate to the right, Keep going STRAIGHT (no turns keep straight walking) then once you get to the end, you will be facing the 4464 bldg (Not to the right, correct one is the one you are facing straight) |
| JD1 | [thumbs up emoji] |
| 704-550-7879 | [smiling face emoji] |
| JD1 | Mike green 5:00 with Venus |
| 704-550-7879 | Building #4464 -APT 1123 PLEASE DO NOT KOCK!! Let yourself in please!  [winking face emoji]  IF DOOR IS NOT Unlocked TEXT ME! Please be discreet at all times! |
| JD1 | Ok thanks[3] |

---

[2] I know from JD1 and from training and experience that "CIM" refers to an aspect of oral sex.

[3] At the direction of law enforcement, JD1 cancelled the appointment once he received the apartment number.  The user of 704-550-7878 responded:  "They say you did this in Boston cancel 15 mi. Before apt you are not nice."  This was correct—JD1 had previously contacted the

16

31.     As shown above, customers who communicate with the number advertised on

www.redhotflowers69.com are directed to Target Location #2 for the purpose of commercial

sex.  Agents further interviewed several clients of Red Hot Flowers69 who told law enforcement

that they paid for sex with women advertised on the Red Hot Flowers69 at Target Location #2 in

February 2018.

> **D.     Multiple prostitutes were advertised for appointments in multiple cities.**

32.     Several women have been advertised on more than one of the three above-

described websites, including "Sui," "Stephanie," "Scarlet Red," "Tess," and "Jina," and several

others.

33.     Although the names are believed to be aliases, and the pictures do not necessarily

depict the actual women working as prostitutes, women working for this prostitution ring do, in

fact, move from city to city as advertised.  For example, on January 11, 2017, agents identified a

customer of a prostitute working at Fuse Apt. 335 (Target Location #3) who told them about

meeting with the same woman in both Atlanta and Boston.  Specifically, at approximately 10:45

p.m., agents approached an individual from Austin, Texas ("John Doe #2" or "JD2"), whom

agents suspected had just met with a prostitute at Target Location #3.[4]  This individual admitted

to law enforcement that he was at Target Location #3 to meet an Asian female escort whom he

paid for sex.  JD2 stated that he paid for sex with "Sui," who was advertised on

---

Boston Asian Dolls number at the direction of law enforcement to set up an appointment, and
after receiving the requested information, cancelled the appointment shortly before the scheduled
start time.

[4] I know the identity of this individual, but refer to him herein as "John Doe #2" or "JD2"

www.bostonasiandolls.com.  He had first met "Sui" in Atlanta in December 2016.  He was

traveling for work and searched online for a brothel with Korean/Asian women.  He found

www.exoticasianatlanta.com.  He contacted the telephone number listed on that website (678-

575-0173), communicated via text message to make arrangements, and met "Sui" at an

apartment in the Tuscany at Lindbergh complex in Atlanta (the same complex that hosts Target

Location #8, although at that time, Y. Kim was leasing a different unit in the complex).  Among

other things, JD2 and Sui showered together and had sex.  JD2 paid "Sui" $260.  "Sui" said she

would be in the Boston area for several weeks in January 2017, and JD2 told her that he wanted

to meet her in Boston.  As expected, JD2 then came to Boston in January 2017 for work.  JD2

communicated via text with the telephone number posted on www.exoticasianatlanta.com and

requested an appointment in Boston with "Sui."  The parties sent several text regarding logistics,

with the Atlanta telephone number telling JD2 to communicate in the future with 617-755-7217

(the number posted on www.bostonasiandolls.com).  JD2 continued to communicate regarding

logistics with 617-755-7217 and made arrangements to meet "Sui" on January 9, 2017.  He

received appointment logistics and details, including specific directions to Target Location #3,

had sex with "Sui" at Target Location #3, and again paid her $300 cash.

34.     JD2 continued to communicate with 617-755-7217 and made arrangements to

meet "Sui" again on January 11, 2017.  On that date, he again had sex with "Sui" at Target

Location #3 and paid her $300 cash.

35.     "Sui" has in fact been advertised on both www.exoticasianatlanta.com and

www.bostonasiandolls.com.

36.     Other men who used these websites confirmed that the same women work in

multiple cities as advertised.  For example, a customer in Atlanta stated that he paid for sex with

a woman named "Stephanie" advertised on www.exoticasianatlanta.com; separately, a customer in Cambridge stated that he paid for sex with a woman named "Stephanie" advertised www.bostonasiandolls.com.  Both men recognized the same photo of "Stephanie" that appeared on both websites, noting that she had distinctive tattoos covering her arms.

37.     The movement of the women from city to city is consistent with statements on the websites that various advertised women are "new in town," "visiting for the first time," or are in the United States for the first time.

**II.     Overview of Individuals and Target Locations**

38.     Yoon Kim, 36, and his spouse, Taehee Kim, 46, reside together at ███████ █████████████, Haymarket, Virginia (Target Location #1).  Y. Kim was born in Korea and became a U.S. citizen in 2008, while serving in the U.S. Army.   Taehee Kim was born in Korea (her birth name is Hyunsook Kim) and is a citizen of South Korea.  She married Y. Kim in 2013.  Taehee Kim entered the U.S. illegally under her birth name in 2003 via Mexico, was held in custody for approximately one month, and was then deported.   She again tried to enter the United States via a visa waiver in 2010, but was denied entry.  She changed her name to Taehee Kim shortly thereafter.  She lawfully entered the U.S. in 2016 as a spouse of a U.S. citizen (Yoon Kim) and is a lawful permanent resident of the United States.  Taehee Kim was convicted of fraud offenses in Korea on five occasions from 1993 through 2011.[5]  Y. Kim leases several active brothels described above, including Fuse Apt. 335 (Target Location #3), Axiom Apt. #212

---

[5]  Taehee Kim was convicted fraud offenses in Korea on the following dates:  September 15, 1993 (fined the equivalent of approximately $300); September 24, 1993 (8 months suspended sentence; Kim was also convicted on that date of counterfeiting documents); July 6, 2001 (fined the equivalent of approximately $3,000); June 15, 2007 (fined the equivalent of approximately $2,000); January 31, 2011 (fined the equivalent of approximately $500).

(Target Location #4), and Tuscany Apt. 5306 (Target Location #8). He has previously leased other apartments that he and his co-conspirators had used in the past as brothels in Cambridge (Vox Apt. 155 and Axiom Apt. 202) and Atlanta (Tuscany Apt. 1114). Y. Kim and Taehee Kim pay rent, utilities, and other expenses for these brothels, using bank accounts they hold in their respective names. Similarly, they have purchased furniture and supplies—including bulk orders of thousands of condoms—to promote the prostitution business. Y. Kim has traveled to both Cambridge and Atlanta when needed to support the brothels in those cities. Taehee Kim pays for the domain registration and web hosting services for the three websites promoting their interstate prostitution ring. Based on IP logs, Yoon and/or Taehee update and maintain the websites from their residences. The couple has moved several times in the past few years. Before purchasing a home in Haymarket, Virginia (Target Location #1), the couple recently resided at 8215 Periodor Drive, Apt. 307, McLean, Virginia, and 2333 Dulles Station Blvd #216, Herndon, VA 20171.

39.     Jineok Kim, 38, resides at ██████████████████, Watertown, Mass. (Target Location #6). J. Kim entered the U.S. in 2010 on a student visa to attend Berklee College of Music. In July 2013, he stopped attending classes at Berklee. In January 2015, he adjusted his visa status from student to temporary worker. From at least April 2016 until December 2017, J. Kim oversaw the Cambridge prostitution businesses, currently located at Axiom Apt. 212 (Target Location #4) and Fuse Apt. 335 (Target Location #3). He also ran the former brothels located at Vox Apt. 155 and Axiom Apt. 202. Agents observed him bringing food and supplies to the brothels, picking up cash proceeds from the prostitution business, and transporting Asian women between brothels and to and from Logan airport. Agents also observed J. Kim deposit prostitution proceeds at local ATMs into accounts in the names of Y.

Kim and/or Taehee Kim.  He further purchased tens of thousands of dollars in postal money orders with cash from the brothels.  The money orders were typically purchased in $1,000 increments, not more than $2,000 at a time from any single post office in order to avoid reporting requirements.

40.     Kyung Song, 52, resides at ███████████ Lexington, Mass. (Target Location #5).  Song immigrated to the United States from Korea in 2005, and in 2013, he was granted legal permanent resident status.  Song has two vehicles registered in his name and Target Location #5:  a black 2011 Honda Odyssey minivan bearing MA registration 8MHC10, and a gray 2016 Nissan Murano bearing MA registration 5RD668.  In December 2017, Song took over J. Kim's role operating the Cambridge brothels, bringing groceries and supplies to the women working in the brothels, and picking up prostitution proceeds, at least some of which he deposited into a bank account controlled by Taehee Kim.  Song appears to have traveled to Korea for several weeks in February but has returned to the United States and continues to reside at Target Location #5 and to visit the Cambridge brothels.

41.     Susan Bashir (born Susan Redmon), 41, resides at ███████████, Stone Mountain, Georgia (Target Location #7).  In 2009, Bashir was arrested in Sandy Springs, Georgia, for prostitution.[6]  In 2014, Redmon married Ali Bashir and presently uses both "Susan Redmon" and "Susan Bashir," as well as variations on those names.  Bashir has three vehicles registered in her name, including a white 2016 Cadillac Escalade bearing GA license plate RAP6445 that agents have observed her driving.  Bashir picks up prostitution proceeds from two Atlanta area brothels, including Tuscany Apt. 5306 (Target Location #8) and Bricks Apt.1309

---

[6] The disposition of the case is unknown.

(Target Location #9).  Based on IP logs, brothel websites are regularly updated and maintained from Bashir's residence (Target Location #7).  Further, based on physical surveillance and phone location data, I believe Bashir possesses the phones corresponding with the telephone numbers listed on the three websites described above.  Using these phones, I believe she communicates with clients of the prostitution business to arrange appointments, and keeps records of past client visits and amounts of money collected by the prostitutes.

42.     Edge Apt. 1123 (Target Location #2) is a Virginia brothel where Asian women advertised on www.redhotflowers69.com engage in sex for money.

43.     Fuse Apt. 335 (Target Location #3) is a Cambridge, Mass., brothel where Asian women advertised on www.bostonasiandolls.com engage in sex for money.

44.     Axiom Apt. 212 (Target Location #4) is a Cambridge, Mass., brothel where Asian women advertised on www.bostonasiandolls.com engage in sex for money.

45.     Tuscany Apt. 5306 (Target Location #8) is an Atlanta brothel where Asian women advertised on www.exoticasianatanta.com engage in sex for money.

46.     Bricks Apt. 1309 (Target Location #9) Atlanta brothel where Asian women advertised on www.exoticasianatanta.com engage in sex for money.

47.     There are other members of the conspiracy, known and unknown to law enforcement, who participate in the activities described above.  And each of the named members of the conspiracy participates in additional activities other than those outlined above.

III.     **Representative Actions In Furtherance of the Conspiracy**

    A.     **Yoon Kim leased multiple current and former brothel locations in Cambridge and Atlanta, including Target Locations #3, #4, and #8.**

48.     Y. Kim has leased several apartments in Cambridge and Atlanta where he and co-conspirators run brothels.  On September 17, 2015, Y. Kim entered a lease for Vox Apt. 155 in

Cambridge.[7]  That lease expired on July 31, 2016, and as described below, Y. Kim and J. Kim

moved that brothel to the Fuse Apt. 335 (Target Location #3).   Agents have interviewed several

men who registered with www.bostonasiandolls.com and booked appointments with the

advertised women by communicating with the telephone number listed on the website (617-755-

7217).  The men received text messages from 617-755-7217 directing them to Vox Apt. 155,

where they paid for sex with the women advertised on the website.  Agents installed a video

camera in a common hallway outside Vox Apt. 155 and observed a steady stream of men

spending about an hour at a time at the apartment, consistent with its use as a brothel.  Rent was

often paid from Taehee Kim's bank accounts.

49.     On August 7, 2016, Y. Kim entered a one-year lease for Fuse Apt. 335 in

Cambridge (Target Location #3).[8]   The rent was $3,400 per month.  He paid the security deposit

and the (prorated) first month's rent from a Wells Fargo checking account (ending in -7936) in

his name.   Agents have interviewed several men who registered with

www.bostonasiandolls.com and booked appointments with advertised women by communicating

with the telephone number listed on the website (617-755-7217).  The men received text

messages from 617-755-7217 directing them to Target Location #3, where they paid for sex with

the women advertised on the website.  For example, one individual received the following text

message from 617-755-7217 regarding his appointment with a woman advertised on

---

[7]  In his application, Y. Kim provided his address at the time, 2333 Dulles Station, Apt.
216, Herndon, VA; his telephone number, ███████████; his email address,
███████@yahoo.com; and his employer, "YIL Consulting Management, Inc."

[8]  In his application, Y. Kim again provided his address at the time, 2333 Dulles Station,
Apt. 216, Herndon, VA; his telephone number, ███████████; his email address,
███████@yahoo.com; and his employer, "YIL Consulting Management, Inc."

www.bostonasiandolls.com: "Fuse Apartments 165 Cambridge Park Dr Cambridge 02140 –
Couple blocks from Alewife T stop[.] Walking it's very close last to on red line (Always text or
call before going to our door and WAIT to hear it's ok before proceeding!) ++VERY
IMPORTANT I MUST TELL EVERYONE THIS! Due to people not paying attention to
instructions! WHEN WE GIVE APT# MAKE SURE YOU ARE GOING TO CORRECT
PLACE! -When leaving, go left and go stratght [sic] you will see 2nd elevator take to ground
level and you will see exit to the astreet [sic].  Do not go back pas [sic] the leasing office."  Other
men visiting Target Location #3 received substantially the same message (along with the specific
apartment number) regarding their appointments for sex.   Target Location #3 still operates as a
brothel.

     50.     On September 19, 2015, Y. Kim entered a one-year lease for Axiom Apt. 202 in
Cambridge.[9]  The rent was $2,699 per month.  He renewed his lease for another year, until
September 18, 2017, at $2,749 per month.  Agents have interviewed an individual who registered
with www.bostonasiandolls.com and booked an appointment by communicating with the
telephone number listed on the website (617-755-7217).  The man received text message
instructions from 617-755-7217 directing him to Axiom Apt. 202, where he paid for sex with the
women advertised on the website ("Stephanie").

     51.     On September 25, 2017, Y. Kim met in person with Axiom management in
Cambridge regarding a one-year lease for Axiom Apt. 212 (Target Location #4), which is a two-
bedroom unit, unlike Axiom Apt. 202, which is a one-bedroom unit.  Y. Kim entered a lease

---

[9]  In his application, Y. Kim again provided his address at the time, 2333 Dulles Station,
Apt. 216, Herndon, VA; his telephone number, ███████; his email address,
████ @yahoo.com; and his employer, "YIL Consulting Management, Inc."

dated September 23, 2017, for Target Location #4.  The lease ends on July 30, 2018, and the rent

is $3,630 per month.[10]  Agents have observed J. Kim bring women to and from this location,

along with food and other supplies.  During this time period, agents have also observed J. Kim

visit the Axiom and proceed directly to local ATMs where he deposited suspected cash

prostitution proceeds into account belonging to Taehee Kim.

52.      On June 11, 2013, Y. Kim entered a one-year lease for Apartment 1114 at the

Tuscany at Lindbergh in Atlanta.  This apartment is in the same complex that houses Target

Location #8.  Y. Kim continued to lease the apartment until June 31, 2016.   The rent increased

over time from approximately $1,485 to approximately $1,686.   Agents have interviewed an

individual who made arrangements to pay for sex at this location with an Asian female

advertised on www.exoticasianatlanta.com.  Y. Kim is currently leasing Target Location #8

through February 27, 2019.   He has renewed this lease once.  I am awaiting lease documentation

from the management company.  Agents have interviewed several individuals who made

appointments to have sex at Target Location #8 with women advertised on

www.exoticasianatlanta.com.

53.      Yoon Kim did not lease Edge Apt. 1123 in Fairfax, Virginia (Target Location #2),

but when the lessee—Anny Hong—was behind in rent payments, and the management company

was initiating the eviction process, an Asian male provided a cashier's check dated December 22,

2017, in Yoon Kim's name, for $2,184.29 covering back rent.  Separately, a check dated August

15, 2017, for $450 from Taehee Kim was provided to the management company for Target

---

[10] In his application, Y. Kim listed his residential address as 33 Rogers Street, Apt. 202.
He listed his emergency contact as Taehee Kim at Target Location #1.  He listed his telephone
number, ███████; his email address, ███████ @yahoo.com; and his employer, "YIL
Consulting Management, Inc."

Location #2.  The memo line stated "#1123 Anny Hong."  Several men have identified Target

Location #2 as a place where they paid for sex with women advertised on

www.redhotflowers69.com.

**B.**      **Yoon and Taehee Kim pay for and help to update and maintain the three websites that advertise the conspiracy's prostitution ring.**

54.      The three websites that advertise this prostitution ring are all hosted by Network

Solutions LLC, which also registered the three domains.  One user account governs

www.bostonasiandolls.com and www.exoticasianatlanta.com.  A separate user account governs

www.redhotflowers69.com.  Network Solutions records show that Taehee Kim has paid for the

Boston Asian Dolls / Exotic Asian Atlanta account using either of two debit cards:  a debit card

ending in -8642 linked to Taehee Kim's Bank of America checking account, and a debit card

ending in -3190 linked to Taehee Kim's TD Bank checking account.[11]  Taehee Kim also paid for

the "Red Hot Flowers69" account using the same debit card ending in -3190 linked to her TD

Bank checking account.  She listed her street address as 165 Cambridge Park Dr., #335,

Cambridge, MA 02140 – i.e., Target Location #3.

55.      Bank of America records show numerous, recurring payments from Taehee Kim's

account to Network Solutions dating back to late 2016.  TD Bank records show a payment from

Taehee Kim's account to Network Solutions in January 2018.

56.      Account access logs from Network Solutions show that both the Boston Asian

Dolls / Exotic Asian Atlanta account as well as the Red Hot Flowers69 account were recently

---

[11] The address provided for the Bank of America debit card was 2333 Dulles Station Blvd. #216, Herndon, VA—her prior residence where she lived with Y. Kim.  The address provided for the TD Bank debit card was 165 Cambridge Park Dr., Cambridge, MA—the building that includes Target Location #3.

accessed from Yoon and Taehee Kim's current residence—Target Location #1.  Comcast

provides internet service to Target Location #1.  Comcast records show that the IP address

76.100.154.253 was assigned to that account at least as of mid-December 2017, when I last

obtained records from Comcast.  That IP address was used to access both Network Solutions

accounts, covering all three prostitution websites.  According Network Solutions records, the

Red Hot Flowers69 account was accessed from Target Location #1 several times in October and

November of 2017; the Boston Asian Dolls / Exotic Asian Atlanta account was accessed from

Target Location #1 approximately 75 times from September 2017 through the date the records

were provided in January 2018.  Moreover, records for both accounts (but particularly Boston

Asian Dolls / Exotic Asian Atlanta account) indicate a similar high volume of log-ins from IP

addresses that resolve to prior residences of Yoon and Taehee Kim, demonstrating a history of

accessing the accounts and maintaining the websites from their homes.

### C.   Yoon and Taehee Kim purchase supplies for prostitution business.

57.     Y. Kim and Taehee Kim have purchased a staggering number of condoms over

the last several years from the Condom Depot (www.condomdepot.com).  The purchases were

made in their own names, paid for with their respective bank accounts in their own names, and in

many cases were delivered to their residence.  For example:

- On September 29, 2017, an order was placed at Condom Depot from Yoon
  and Taehee Kim's current residence (Target Location #1)[12] for a "bulk case"
  of 1,008 condoms, which was shipped to Target Location #1.  The order was
  billed to Taehee Kim's Bank of America account, described above, with a
  billing address of Fuse Apt. 335 (Target Location #3).

- On May 16, 2017, an order was placed at Condom Depot for a bulk case of
  1,008 condoms, which was which were shipped to Yoon Kim at Target

---

[12]  The order was placed from IP address 76.100.154.253, which is a Comcast address
assigned to internet service in Yoon Kim's name at Target Location #1.

Location #1.[13]  The order was billed to Yoon Kim's personal checking account at Wells Fargo, described above, with a billing address of the couple's prior residence in McLean, Virginia.

- Since April 2014, Yoon and Taehee Kim placed many similar orders, paid for with their various bank accounts, and shipped to their prior known residences, for approximately 20,160 condoms since April 2014.  The orders were split evenly between the two, with 10,080 condoms shipped to each person at their residences.[14]

58.    Similarly, records show that Yoon Kim has traveled to Atlanta and purchased furnishings for one of the Atlanta area brothels, using the same debit card to buy the furniture that he used to by the condoms, as described above.

D.    **Yoon and Taehee Kim maintain bank accounts that receive prostitution proceeds and fund prostitution operations.**

59.    Records from Bank of America show that Taehee Kim opened a checking account ending in -7454 on January 6, 2014.  I have conducted a preliminary review of multiple years of statements that show, among other things:  (1) frequent cash deposits totaling thousands of dollars per month from greater Atlanta, eastern Virginia, and greater Boston; (2) payments to rental companies for several of the above described properties including apartments at the Axiom, the Tuscany, the Edge at Fairfax Corner, the Vox, and the Fuse (the apartment complexes where several Target Locations are situated); (3) payments to utility companies for service at some of the above-described locations; and (4) payments to Network Solutions to register and host the three above-described websites.   I did not observe recognizable payments

---

[13]  The order was placed from IP address 174.204.9.48, which is associated with Verizon cellular service and was used to access both the Boston Asian Dolls / Exotic Asian Atlanta account at Network Solutions as well as Taehee Kim's Bank of America account.

[14] From May 2013 through April 2014, Yoon Kim ordered another 5,040 condoms that were shipped to an apartment in Gardena, California.

from legitimate employment.  Over time, Taehee Kim has provided various addresses to Bank of America, including:  2343 Dulles Station Blvd., Apt. 348, Herndon, Virginia (her former residence with Yoon Kim), and 165 Cambridge Park Drive, Unit 335, Cambridge, MA – i.e., Target Location #3.   Agents have repeatedly observed J. Kim visiting Cambridge ATMs to make large deposits (totaling tens of thousands of dollars) in cash that he picked up from Cambridge brothels.

60.     Records from TD Bank show that Taehee Kim opened a checking account ending in -1484 on November 14, 2016.  I have conducted a preliminary review of multiple years of statements that show, among other things:  (1) significant cash deposits totaling thousands of dollars per month, principally from the greater Boston ATMs; (2) utility payments for multiple locations; (3) payments to rental companies for several properties including apartments at the Tuscany, Axiom, and the Fuse (again, apartment complexes where certain Target Locations are situated); (4) purchases of supplies for the prostitution ring, including bulk condom orders.  Over time, Taehee Kim has provided various addresses to TD Bank, including:  2343 Dulles Station Blvd., Apt. 348, Herndon, Virginia; 8215 Peridot Drive, Unit 307, McLean, Virginia; and 165 Cambridge Park Drive, Unit 335, Cambridge, MA – again, Target Location #3.  On numerous occasions, both J. Kim and Song have made significant cash deposits (which I believe to consist of prostitution proceeds) into this account.

61.     Yoon Kim has two Wells Fargo bank accounts:  a personal checking account ending in -7936 that he opened on October 2, 2013; and a business checking account ending in -8724 in the name of "YIK Consulting Inc." that he opened on November 8, 2016.  I have conducted a preliminary review of multiple years of statements of these two accounts.  The personal checking account ending in -7936 shows, among other things:  (1) frequent cash

deposits totaling a few thousand dollars per month from the eastern Virginia area, along with some deposits from Los Angeles; and (2) large transfers into this account from the YIK Consulting Inc. account.  In contrast to Taehee Kim's accounts, Y. Kim's personal checking account includes deposits from legitimate employment, including deposits from the U.S. Army and "Omnisec," which are believed to be Y. Kim's employers.  A preliminary review of multiple years of statements for Y. Kim's business checking account ending in -8724 shows, among other things:  (1) frequent cash deposits totaling a few thousand dollars per month from eastern Virginia, Los Angeles, greater Atlanta, and greater Hartford and Meriden, Conn.; (2) relatively few business purchases, despite this being a business account.  When this account was opened, Yoon Kim described YIK Consulting as a "professional, scientific, and technique" services company and estimated the annual income to be $4,800.  Records show, however, that more than $4,800 has been deposited into this account during a single transaction, and that several times, more than $10,000 has been deposited in a single month into this account.

62.     Over time, Yoon Kim has provided various addresses to Wells Fargo Bank, including:  2343 Dulles Station Blvd., Apt. 348, Herndon, Virginia, and 8215 Peridot Drive, Unit 307, McLean, Virginia (both former residences of Yoon and Taehee Kim).

### E.     Jineok Kim operated the Cambridge brothels from at least April 2016 through December 2017.

63.      Beginning in the spring of 2016 and throughout 2017, Jineok Kim regularly visited each of the Cambridge brothels, bringing food and supplies, picking up cash proceeds from the prostitution business, and transporting women between brothel locations and to and from Boston Logan airport.   Moreover, J. Kim deposited cash generated from the prostitution business into some of the above-described accounts controlled by Yoon and Taehee Kim.  He conducted these tasks at Vox Apt. 155 and Axiom Apt. 202 during the period that the conspiracy

operated those locations as brothels.  He then conducted these tasks at Fuse Apt. 335 (Target

Location #3) and Axiom Apt. 212 (Target Location #4), which the conspiracy is currently

operating as brothels.  Examples of these activities follow.

### F.   Jineok Kim operated former brothel locations at Vox Apt. 155 and Axiom Apt. 202.

64.     Agents using physical surveillance and GPS tracking, observed J. Kim making

frequent trips from his residence (Target Location #6) to Vox Apt. 155 and Axiom Apt. 202 to

pick up cash, drop off supplies, and transport women, among other activities.

65.     For example, on April 19, 2016, agents observed J. Kim arrive at the Vox in his

black 2006 Volvo S40 sedan (the "Volvo S40").  He parked at the front of the apartment

complex in the visitor parking area.  Via video, law enforcement observed J. Kim use a key to

enter Vox Apt. 155.  Several minutes later, J. Kim left the apartment and drove to a TD Bank

ATM located at 235 Alewife Brook Parkway in Cambridge.  Agents watched J. Kim make

multiple, staggered cash deposits at this TD Bank ATM.  J. Kim was inside the ATM vestibule

for more than 10 minutes.  After J. Kim left, he threw what appeared to be paper items into the

trash can outside the ATM enclosure.  Law enforcement retrieved these items from the trash.

They included:  a Comcast envelope addressed to 223 Concord Turnpike, Apartment #155,

Cambridge (i.e. Vox Apt. 155); another Comcast envelope addressed to Yoon Kim at 33 Rogers

Street, Apartment 202 in Cambridge (i.e., Axiom Apt. 202); and two yellow envelopes addressed

to 33 Rogers Street, Apartment 202 in Cambridge (again, Axiom Apt. 202).  Agents followed J.

Kim as he drove from the TD Bank ATM back to his residence at ▮▮▮▮▮▮▮▮▮▮,

Watertown (Target Location #6).

66.     According to TD Bank records, J. Kim deposited the cash into a TD Bank

checking account (Acct No. ▮▮▮▮5433), which was opened by Y. Kim.  Statements for this TD

Bank checking account showed deposits like the one observed on April 19, 2016, occurring several times per week at ATMs in the Cambridge area.  The cash deposits typically ranged from approximately $1,000 to more than $3,500.  Bank statements for this account also showed regular payments for Vox Apt. 155 and Axiom Apt. 202, as well as payments for other high-end apartment rentals in Virginia and Georgia.  This TD Bank account was closed in May 13, 2016.

67.      On the evening of May 3, 2016, J. Kim drove from his residence (Target Location #6) to the Vox.  He parked at the front of the Vox and entered Apt. 155, using a key. He stayed only minutes and then drove to 33 Rogers Street, Cambridge (the Axiom apartments). An Asian female exited the Axiom apartment building and passed an object to J. Kim.  The female then entered the front passenger side of J. Kim's car, and J. Kim drove towards Central Square in Cambridge, parking near a Bank of America ATM.  Law enforcement observed J. Kim get out of his car and enter the Bank of America ATM, where he made multiple cash deposits and discarded a torn up ATM receipt.  A detective recovered the receipt, which showed six cash deposits at the ATM totaling $5,360 (two for $1,000, two for $1,080, one for $940, and one for $260).  Records from Bank of America show that J. Kim deposited the cash into Taehee Kim's Bank of America account ending in -7454, described above.

**G.      Jineok Kim and Yoon Kim met in Cambridge to move their prostitution operation from Vox Apt. 155 to Target Location #3 (Fuse Apt. 335).**

68.      On July 31, 2016, law enforcement observed Y. Kim driving a U-Haul truck into the Vox visitor parking area.  An unidentified Asian male ("UM-1") was in the passenger seat. Y. Kim and UM-1 entered the Vox and preceded to Vox Apt. 155 carrying boxes.  An unidentified female let them into the apartment.  Y. Kim and UM-1 carried out a sofa, mattress, and several boxes and loaded them into the van.

69.     Meanwhile, agents observed J. Kim drive from his residence (Target Location #6), to the Vox, after making brief stops at the Axiom in Cambridge and a nearby coffee shop.  J. Kim parked beside the U-Haul truck and approached Y. Kim.  After exchanging greetings, the two exchanged what appeared to be paperwork or documents at the front passenger side of the van.  The two then walked back to J. Kim's Volvo S40 and got inside.  After a short time, both men got out of the car, and J. Kim walked towards the front door of the Vox.  He emerged a few minutes later, rolling a large piece of luggage that he put in the trunk of his car.  Via video, agents observed two Asian women leave Vox Apt. 155 around this time.  Agents conducting physical surveillance then saw those two women greet J. Kim outside the building, as they approached his car.  Based on video surveillance, these women had been residing at Vox Apt. 155 for approximately a week.  One female entered the front passenger side of the J. Kim's car; the other entered the rear passenger side.

70.     J. Kim's Volvo S40 had a broken tail light, and marked police vehicle stopped the car near the Concord Avenue rotary near Fresh Pond in Cambridge.  Law enforcement identified each occupant of the vehicle, including J. Kim and the two female passengers (one 38 years old, the other 37 years old) who carried Korean passports.  CPD issued a warning for the broken tail light, and J. Kim departed with the two women.  J. Kim brought one of the women to a Holiday Inn Express in Cambridge; he brought the other to an H-Mart in Cambridge where she met and departed with another Asian female.

71.     After J. Kim and Y. Kim moved the women and furnishings out of Vox Apt. 155, Y. Kim leased Target Location Fuse Apt. 335, on August 7, 2016, where their prostitution operation resumed.   On August 8, 2016, the website www.bostonasiandolls.com was updated as follows: "**Important Announcement**8/8[.]  We are now Done relocating!  Very nice and

luxury area[.]  Plenty of free parking!!  Very convenient to Transit[.]  You will love this loctation [sic]!"  The only login to the Network Solutions Account for the Boston Asian Dolls account on that date occurred from the Yoon/Taehee Kim residence.

### H.   Jineok Kim operated current brothel locations at Fuse Apt. 335 (Target Location #3) and Axiom Apt. 212 (Target Location #4).

72.     After the prostitution ring moved operations from (1) Vox Apt. 155 to Target Location #3, and (2) from Axiom Apt. 202 to Target Location #4, agents continued to observe J. Kim operate as described above, making trips from his residence to the Target Locations, delivering supplies, transporting women, and picking up cash that he deposited into Taehee Kim's bank accounts, among others.

73.     On October 19, 2017, for example, J. Kim picked up a woman believed to be advertised on Boston Asian Dolls as "Vanilla" from the Axiom Apt. 212 (Target Location #4) and brought her to Boston Logan Airport, where agents interviewed her and seized several thousands of dollars in cash from her.

74.     At 4:17 a.m., GPS data showed that a white, 2018 Subaru Impreza (registered to J. Kim at Target Location #6) departed from Target Location #6 and traveled to the Axiom apartments.   At approximately 4:34 a.m., an Asian female (dressed in a white shirt, blue sweater, and jeans) who was later identified as ▇▇▇▇▇▇ (not believed to be related to any other ▇▇ previously discussed), exited the Axiom lobby with two rolling suitcases and a purse.[15]   J. Kim entered the Axiom lobby and proceeded to the elevator.  He returned a few minutes later, exiting the Axiom lobby at 4:38 a.m.  J. Kim departed with ▇▇▇▇▇▇ a few minutes later.

---

[15]  The website description of "Vanilla"—23 years old, five-feet four-inches tall, 112 pounds—was consistent with ▇▇▇▇▇'s appearance.  However, based on the identification documents ▇▇▇▇▇ provided, she is 37 years old.

75.     I followed J. Kim as he drove ▮▮▮▮▮▮ to Terminal B of Boston Logan Airport, where he dropped off ▮▮▮▮▮▮ with her luggage and departed.  I followed ▮▮▮▮▮ as she checked in for a United Airways flight.  After she cleared security, I approached her, identified myself as law enforcement, and asked for her identification and boarding pass, which she provided.  ▮▮▮▮▮▮ spoke basic English and was able to understand and respond to most of the questions I posed, but communication was difficult at times.  In response to my questions, ▮▮▮▮▮▮ first stated that she was in Boston to visit a friend, later clarifying she was visiting a boyfriend, and then stating that she was in Boston to do hair and makeup work.  She gave me permission to search her purse, where I found $3,000 in one compartment, and $40 in another compartment.   When I asked her where she obtained the cash, she appeared nervous and said she wanted to make a phone call to someone identified in her phone contacts as "B."  She allowed me look at her phone; I saw that the telephone number for "B" was ▮▮▮▮▮▮, which is one of the telephone numbers used by J. Kim.   In addition I saw a series of iMessages with "misoatlanta@gmail.com" in which ▮▮ and "misoatlanta" discussed specifics of client appointments, including logistics and timing.  A picture of ▮▮▮▮▮▮'s phone showing one example of such an exchange from on or about October 13, 2017 is shown below in Figure 5:



Figure 5:  Image of ▮▮▮▮▮▮▮'s phone depicting iMessage exchange from on or about October 13, 2017.

I believe that this text message reflects communications about a client of Boston Asian Dolls cancelling an appointment with ▮▮▮▮▮▮▮ after the client arrived and showered with her.  The client apparently paid the full session price despite ending the session before engaging in sex. This phone accessed the internet from an IP address assigned to Target Location #4.

76.     In response to my questioning, ▮▮▮ denied having any additional money with her, other than what was in her purse.  She gave me permission to search her rolling suitcase, which contained a few outfits and multiple lingerie items.  In a separate compartment of the suitcase was a sealed envelope with the number "5" written on it.  I asked her what was inside the envelope.  She shrugged her shoulders.  I opened the envelope and observed what was later

determined to be $5,000, divided into five bundles of $1,000 each.  In response to my questions,

███████████ first stated that she was bringing the money to someone in Los Angeles, but later

stated that the money was hers.

77.    We continued the conversation in the DHS office at Logan with the assistance of

a Korean translator.  I reviewed our previous conversation and asked additional questions. ███

provided additional information regarding her time in Boston.  In response to my questions,

███████████ stated that she had not worked when she was in the Boston area.[16]  She denied

being involved in any drug-related activity and denied being involved in prostitution.  She stated

that she did not receive any money in connection with any illegal activity.  She stated that no one

gave her the money contained in the envelope (i.e., the $5,000).  She stated that she purchased

her own airline ticket to and from Boston.  She denied being afraid of anyone in the United

States and stated that no one was forcing her to do anything she did not want to do.

78.    Following my interview with ███████████ I reviewed historical GPS tracking

data for J. Kim's Subaru Impreza and security video from the Axiom.  On October 8, 2017, at

approximately 9:36 p.m., J. Kim's Impreza drove from Target Location #6 to the Fuse in

Cambridge and then to the Axiom apartments, arriving at 11:09 p.m.  Security footage from the

Axiom showed J. Kim arrive in the Axiom lobby at 11:12 p.m.  He obtained a rolling cart, left

the camera's field of view for about 10 minutes and then returned with the cart loaded with cases

---

[16] She stated that she arrived in Boston on October 5, 2017, to visit her boyfriend,
"Jason."  She did not know Jason's last name, where he lived, or whether/how he was employed.
She provided his telephone number, and stated that she stayed with "Jason" but was not aware of
the city or town where she stayed with him.  When asked where she worked, she could not recall
the name or location of her employer and asked to see her phone to look up the information.  I
returned her phone to her, and after examining it, she stated that she worked as a hairstylist and
makeup artist for "KNT" in Los Angeles.

of water and what appeared to be groceries.  With him were two females with rolling suitcases.

One of the females appeared to be ████████, who was carrying what appeared to be the same

purse she had when I interviewed her on October 19, 2017.  The three walked towards the lobby

elevator and out of view.  I believe that J. Kim brought ████████ to Target Location #4 on or

about October 8, 2016, where she worked as a prostitute for the organization.  He then brought

her to Boston Logan airport on October 19, 2017, after he work for Boston Asian Dolls was

completed.

> **1.  On November 25, 2017, Jineok Kim brought a suspected
> prostitute from Target Location #3 (Fuse Apt. 335) to Target
> Location #4 (Axiom Apt. 212).**

79.     GPS data shows that on November 25, 2017, at 8:44 p.m., J. Kim's Subaru

Impreza departed J. Kim's residence (Target Location #6) and arrived in the area of the Fuse

Cambridge about six minutes later.  Surveillance video shows that at 9:03 p.m., J. Kim pulled an

empty 4-wheel dolly into Target Location #3 (Fuse Apt. 335).  About five minutes later, J. Kim

exited the apartment pulling the same dolly, now filled with supplies, towards the elevator.  At

9:13 p.m., J. Kim arrived back at Target Location #3, pushing the same dolly, now empty, into

the apartment.  At 9:17 p.m., J. Kim emerged from the apartment, pulling the same dolly, this

time filled with supplies again.  An unidentified Asian female followed him, carrying two rolling

suitcases with her.  They entered the elevator together.

80.     At 9:27 p.m., J. Kim's Subaru Impreza departed the area of the Fuse.  After

making an hour-long stop in Allston, the Impreza traveled to the Axiom Apartments in

Cambridge.  At 10:54 p.m., J. Kim entered the front door of the apartment building, retrieved a

four-wheel dolly from the lobby, and exited the building.  He returned a few minutes later, at

11:00 p.m., rolling the dolly that now contained cases of water and various supplies.  J. Kim was

accompanied by the same unidentified Asian female he picked up at Target Location #3. She was rolling the same two suitcases they had brought out of Target Location #3 earlier in the evening, and they entered the elevator together. At 11:17 p.m., J. Kim returned to the lobby with an empty dolly, which he left behind and exited the building. About two minutes later, the Subaru Impreza departed the area and returned to J. Kim's residence (Target Location #6). Based on my training, experience, and involvement in this investigation, I believe J. Kim brought supplies and an unidentified Asian female prostitute from Target Location #3 (Fuse Apt. 335) to Target Location #4 (Axiom Apt. 212).

### I. Jineok Kim used suspected prostitution proceeds to purchase thousands of dollars in U.S. Postal money orders.

81.     Through GPS tracking, physical and video surveillance, interviews with postal clerks, and business records, agents have determined that Jineok Kim has transferred suspected prostitution proceeds through structured transactions involving U.S. Postal money orders. For example on February 21, 2017, immediately after visiting two brothels in Cambridge, J. Kim purchased a total of $14,000 in U.S. Postal money orders from seven different U.S. Post Offices (two $1,000 money orders at each location) that he visited in succession. Similarly, on March 13, 2017, he visited seven U.S. Post Offices in succession, purchasing $2,000 worth of postal money orders from each. ██████████████████████████████████████ ████████████████████████ The transactions at each of the U.S. Post Offices were for less than $3,000—the threshold above which the U.S. Postal Service requires the purchaser to provide photo identification and to fill out a Funds Transaction Report (PS Form-8105A). On either of the above-noted days, J. Kim could have purchased $14,000 in money orders at one post office location, in one transaction, if he had tendered the proper identification and filled out the proper form. I am aware of no reason, other than avoiding these requirements, that J. Kim

would purchase the money orders in seven separate post offices in succession.  Based on my training and experience, I know that breaking down large financial transactions that would trigger reporting requirements into smaller transactions below the reporting threshold is a common tactic that members of criminal organizations employ to conceal their identities, the criminal nature of their activities, and the nature and source of the funds they are transferring.  I believe this was J. Kim's purpose in twice converting $14,000 cash into 14 separate money orders purchased from seven post offices.

J.     **Kyung Song began to participate in Cambridge brothel operations in December 2017**

82.     On December 16, 2017, Song transported an unidentified Asian female to the brothel location, operating in a manner similar to that of J. Kim.  Security video from approximately 2:07 p.m. on December 16, 2017, at an H-Mart in Cambridge, showed an unidentified Asian female make a purchase and then enter the rear door a black Honda Odyssey van.  The driver matched the description of Song; the Odyssey matched the description of the vehicle registered to Song.  Later on December 16, at approximately 2:59 p.m., Song appeared on surveillance footage at Target Location #3 with the same unidentified Asian female.  Song carried white grocery bags into the apartment while the unidentified Asian female carried a rolling suitcase.  At approximately 3:01 p.m., Song exited Target Location #3 alone.  On December 18, 2018, a receipt documenting the December 16 transaction at the H-Mart in Cambridge was retrieved from the trash outside of Target Location #3.

83.     Song continued to visit Target Location #3 after December 16, 2017, and also began making large cash deposits consisting of prostitution proceeds into Taehee Kim's TD Bank account ending in -1484, described in paragraph 60.  Receipts retrieved from trash at Song's residence (Target Location #5) on January 18, 2018, show cash deposits at a TD Bank in

Lexington on December 27 and 31, 2017, in the amounts of $3,510 and $2,100, respectively.

Both deposits were made using a debit card ending in -3190, which links to Taehee Kim's TD

Bank checking account.  As previously discussed, this checking account is frequently used in

connection with the prostitution business, and earlier in the investigation, J. Kim had used the

debit card ending in -3190 to deposit prostitution proceeds.

> **K.    Song continued to visit Cambridge brothels and handle prostitution proceeds in January 2018**

84.     On January 3, 2018, Song was observed entering Target Location #3 (Fuse Apt.

335) at approximately 10:07 p.m. and exiting the apartment at approximately 10:11 p.m. carrying

a white envelope.  At approximately 10:14 p.m., agents observed Song enter a gray Nissan

Murano bearing license plate 5RD668, which is registered in Song's name and at ███████

███ in Lexington (Target Location #5).

85.     Agents continued to observe Song on January 3, 2018, as he departed the Fuse

Cambridge.  Song proceeded directly to the TD Bank at 419 Lowell Street in Lexington, Mass.,

where he stopped at the drive-through ATM at approximately 10:39 p.m.  TD Bank surveillance

video confirms that Song conducted a transaction at the drive-through ATM at that time.

Additional TD Bank records show he made two cash deposits—$1,000 and $610—into Taehee

Kim's checking account ending in -1484, an account often used in connection with prostitution

activity.  Following this transaction, Song departed the TD Bank at approximately 10:39 p.m.

and drove home to Target Location #5.

86.     During the rest of January 2018, Song visited both Cambridge brothels (Target

Locations #3 and #4) on multiple occasions.  Surveillance video from Axiom Apartments and the

Fuse Cambridge showed that Song visited Target Locations #3 and #4 on the following dates,

among others:

- On January 10, at approximately 10:12 p.m., Song entered the front door of the Axiom apartments and crossed the lobby to the elevators. At approximately 10:18, Song exited the Axiom.

- On January 14, at approximately 10:45 p.m., Song entered the lobby of the Axiom apartments and remained in the lobby, using his cell phone, until he approached the elevators at approximately 10:58 p.m. At approximately 11:01 p.m., Song exited the Axiom Apartments carrying a white envelope.

- On January 17, at approximately 8:55 p.m., Song exited the third floor elevator in the Fuse Cambridge and entered Target Location #3. At approximately 8:59 p.m., Song exited Target Location #3 carrying a white envelope and his cell phone.

- On January 26, at approximately 7:28 p.m., Song entered the front entryway of the Fuse with an unidentified Asian female, who was carrying several bags. Song exited the entryway while the female waited. At approximately 7:31 p.m., Song re-entered the entryway with cart containing luggage and grocery bags. Song and the female proceeded to the third floor of the Fuse Cambridge and entered Target Location #3. At approximately 7:36 p.m., Song exited Target Location #3 alone with the empty cart.

Song's above-described activities at the brothel locations are consistent with retrieving prostitution proceeds and escorting prostitutes to brothel locations. They are similar to the types of activities that agents observed J. Kim conduct on a regular basis throughout much of this investigation.

87.     In addition to visiting brothels and collecting prostitution proceeds, Song also

keeps ledgers of prostitutes' earnings and collects funds from the prostitutes.  On January 18,

2018, agents recovered two white envelopes from the trash outside of Song's residence (Target

Location #5), each bearing the name "Tomi" and containing dates, times, and numbers as

depicted in Figure 6 below:



Figure 6: Handwritten ledgers obtained from a trash pull outside of Target Location #5 (left); envelopes bearing names, dates, and dollar amounts, also obtained from the same trash pull (right).

On January 8, 2018—one of the dates written on the envelopes—"Tomi" was one of the women

listed on the website www.bostonasiandolls.com.  At the bottom of each column, a total is listed,

and one envelope bears a three-day total of "2,950."  Based on my training and experience, I

believe these envelopes to be ledgers documenting the earnings of "Tomi" over a six day period

from January 8, 2018 until January 13, 2018.

88.     Also retrieved from trash outside of Target Location #5 on January 18, 2018,

were nine white envelopes, each bearing a name, a single date, and a dollar amount.  For

example, six envelopes are addressed to a female named "Rachel," bearing dates between 12/28

and 1/3 and dollar amounts ranging from $250 to $960.  On January 8, 2018, "Rachel" was listed

on the website www.bostonasiandolls.com.  Based on my training and experience, I believe these

envelopes contained the brothel organization's portion of "Rachel's" earnings on each of the days listed.

### L.   Song's spent part of February 2018 in Korea, but has returned and resumed working for the organization.

89.     While Song was consistently engaged with the Cambridge brothels in January 2018, between February 9, 2018 and February 28, 2018, Song appears to have traveled to Korea. Travel records for Kyung Bin Song show tickets departing from Boston Logan Airport on February 9, 2018, with a final destination of Incheon International Airport in Korea and a layover at New York JFK International Airport.  Travel records also show return tickets from Incheon International Airport to Boston Logan via New York JFK on February 28, 2018.  Song was not observed in Cambridge during this period, and it is unclear at this time whether Song's travels to Korea relate to this investigation.

90.     In March, Song resumed his activities with at least one of the brothels. Surveillance footage from the Fuse Cambridge on March 3, 2018 shows Song entering Target Location #3 at approximately 6:20 p.m. with an unidentified Asian female, both carrying grocery bags.  At approximately 6:24 p.m., Song left the apartment, and at 6:49 p.m., he returned to Target Location #3 with another shopping bag.  At 6:51 p.m., Song again left the apartment, this time carrying a white envelope, and proceeded to exit towards the elevators.  This is consistent with his prior behavior at the Cambridge brothel locations and, in my training and experience, demonstrates his continuing involvement with the Cambridge brothel network.

### M.   Susan Bashir Furthers the Prostitution Operation from Greater Atlanta

91.     Susan Bashir (a/k/a "Susan Redmon") is involved in several aspects of the operation of the prostitution ring.  Among other things, she picks up prostitution proceeds from

at least one Atlanta area brothel (Target Location #8) and based on phone location data, may

pick up prostitution proceeds from another Atlanta brothel (Target Location #9); helps maintain

and update the three websites advertising the prostitution ring; and possesses, I believe, the

phones corresponding with the telephone numbers listed on the three websites, communicating

with both brothel customers and prostitutes, among other members of the conspiracy.

### N.   Susan Bashir deposited suspected prostitution proceeds into Y. Kim's bank account.

92.   Wells Fargo surveillance video shows that on September 3, 2016, Susan Bashir

deposited $1,770 in cash at a Wells Fargo branch location in Chamblee, Georgia.   Bank records

show that this deposit was made into Yoon Kim's checking account ending in -7936, which is

frequently used in connection with prostitution activity.   An image from bank surveillance

video, along with Bashir's state driver's license photo is depicted below in Figure 7.



Figure 7: Surveillance still from Wells Fargo on September 9, 2016 (left); Susan Bashir's driver's license photo (right).

93.   Wells Fargo records reveal a number of other deposits into Y. Kim's account

ending in -7936 that were conducted at branch locations around Stone Mountain and Atlanta,

Georgia, prior to and around the time of the September 3, 2016 transaction.   Such deposits

include the following:

- On January 25, 2016, a deposit of $1,602 was made at a Wells Fargo branch location in Duluth, Georgia.

- On April 4, 2016, a deposit of $4,360 was made at a Wells Fargo branch location in Duluth, Georgia.

- On August 16, 2016, a deposit of $1,000 was made at a Wells Fargo branch location on Peachtree Road NE in Atlanta, Georgia.

- On September 6, 2016, a deposit of $1,270 was made at a Wells Fargo branch location in Duluth, Georgia.

All of the above transactions took place at Wells Fargo branches within driving distance of the Bashir's residence.  Based on the nature of the deposits—including their proximity to the Atlanta area brothels; their similarity to the Cambridge area deposits of prostitution proceeds; their similarity to Virginia area deposits of suspected prostitution proceeds; and the absence of any readily available alternative explanation for these cash deposits into Y. Kim's account—I believe these deposits to constitute prostitution proceeds.

## O. **Bashir has access to the websites and phones for all three brothel locations and communicates with brothel clients using the listed phone numbers**

94.  Like Yoon and Taehee Kim, Bashir appears to have administrative access to the brothel websites and appears to have exercised that access consistently, over a period of about two years.  From February 3, 2015, through December 14, 2017, records from Network Solutions show that the IP address 108.239.32.116 was used to log on to the accounts controlling these brothel websites.  In particular, this IP address was used to access the account that controls the www.bostonasiandolls.com and www.exoticasianatlanta.com websites 69 times, and the

account that controls the www.redhotflowers69.com website 7 times.  AT&T records reveal that

108.239.32.116 was assigned to user "Susan Redom" for internet service at ██████████,

Stone Mountain, Georgia (Target Location #7).  Further, Bank of America records show that the

IP address 108.239.32.116 was also used to access Susan Bashir's personal bank accounts on

multiple occasions between January 9, 2017 and February 14, 2018.

95.     On October 12, 2016, for example, Bashir or another individual at her residence

used her access to the Network Solutions accounts to post the following information to

www.bostonasiandolls.com:

> important Rule Announcement 10/12/16  This is if for YOUR SAFETY!!!  It is
> sad that we must put this up! But, it has now happened more then one time! When
> arriving to our place, if for any reason you can not follow  instructions...(which
> means paying attention to everything we tell you)  Such AS WHEN WE GIVE
> YOU THE LOCATION AND ROOM # YOU MUST PAY ATTENTION!!!
> There has been issues with PEOPLE   making mistake and going to wrong
> ROOM AND LOCATION!!

Network Solutions records show that account for Boston Asian Dolls was accessed only one time

on October 12, 2016:  from Bashir's IP address, 108.239.32.116.  (The IP address

108.239.32.116 also accessed Susan Bashir's personal bank accounts on the same day.)  In

making this post, Bashir demonstrated not only access to and control over contents on

www.bostonasiandolls.com, but also detailed knowledge of the activity at brothels in Cambridge.

96.     Further, Bashir appears to maintain possession of the three phones listed on the

brothel websites; these are the numbers brothel clients use to book appointments with prostitutes.

HSI obtained warrants to obtain precise location information relating to these three phones:

617-775-7217 for www.bostonasiandolls.com; 678-575-0173 for www.exoticasianatlanta.com;

and 704-550-7879 for www.redhotflowers69.com.  *See* 18-MJ-2003-MBB, 18-MJ-2004-MBB,

and 18-MJ-4084-DHH (D. Mass.).  The location data generally places all three phones in Atlanta

and Stone Mountain, Georgia.  During the overnight hours (midnight to 7:00 a.m.), location data

usually places these phones near Bashir's home in Stone Mountain, Georgia (Target

Location #7):

- From February 20, 2018 through February 28, 2018, GPS data for 617-775-
  7217 indicated that the phone was in close proximity[17] to Target Location #7
  a majority of the time, and within three miles of Target Location #7
  approximately 90% of the time.

- From February 20, 2018 through February 28, 2018, GPS data for 678-575-
  0173 indicated that the phone was in close proximity to Target Location #7 a
  majority of the time, and within three miles of Target Location #7
  approximately 90% of the time.

- From February 19, 2018 through March 8, 2018, GPS data for 704-550-7879
  indicated that the phone was in close proximity to Target Location #7
  approximately 40% of the time, and within three miles of Target Location #7
  approximately 90% of the time.

97.     GPS data also places these phones near known Atlanta brothel locations,

including the Target Location #8 (Tuscany Apt. 5306) and Target Location #9 (Bricks Apt.

1309).  This is consistent with Bashir bringing the phones with her on visits to brothel locations.

98.     For example, on February 5, 2018, the location data placed the above-described

phones near Target Location #7 approximately 85 times.  Also on February 5, 2018, at

---

[17] Here, I am referring to instances in which the distance between the phone's location, as
reported by the wireless carrier, and Target Location #7, was within the margin of error provided
by the wireless carrier.  In instances in which no margin of error was provided, "close proximity"
indicates less than half a mile between the phone and Target Location #7.

approximately 12:40 p.m., a visitor to the Tuscany at Lindbergh apartment complex gained entry

to the parking garage using a unique four-digit code associated with Tuscany Apt. 5306 (Target

Location #8). Camera footage at the front of the Tuscany garage showed a white Cadillac

Escalade matching the description of Bashir's vehicle entering the complex at 12:40 p.m. and

exiting at 1:08 p.m. During approximately the same time period, between 12:41 p.m. and 1:10

p.m., location information for 617-775-7217 and 678-575-0173 placed these phones near the

Tuscany at Lindbergh. At 2:03 p.m. on the same day, a $2,500 cash deposit was made at the

Toco Hill Bank of America branch into the checking account of Susan Bashir. Again, location

information for 617-775-7217 and 678-575-0173 placed these phones near the Toco Hill Bank of

America branch. The above sequence of events is consistent with Bashir's retrieval and deposit

of prostitution proceeds from Target Location #8, and with her bringing the phones along on

such errands.

99.     Evidence indicates that Bashir not only possesses the phones, but also uses them

at least sometimes to communicate with brothel clients. On February 6, 2018, between the hours

of 1:00 p.m. and 5:00 p.m., GPS data for the Atlanta phone (678-575-0173) showed that the

device was often in the vicinity of Target Location #7, or elsewhere in the area of Stone

Mountain, Georgia. (This location data is consistent with Bashir bringing the phone with her

when she leaves her residence.) During that same time frame, an Exotic Asian Atlanta client

exchanged the following text messages with 678-575-0173 and later provided them to law

enforcement:

| Originating Number | Timestamp | Message |
|---|---|---|
| xxx-xxx-5400 (Exotic Asian Atlanta client) | 2/6 1:23 p.m. | Hey! I filled out the form last night. My P411 credentials are: [redacted]. After you check me out, can you tell me |

| | | |
|---|---|---|
| | | how far you are from the airport and who will be available between 4P.M. and 7P.M. tonight? |
| xxx-xxx-5400 | 2/6 1:23 p.m. | I just need an hour but that's my window, lol. |
| 678-575-0173 | | Please send appt request to exotic Atlanta do not send on and text me |
| xxx-xxx-5400 | 2/6 1:43 p.m. | Can you tell me who's available and how far you are from the airport? |
| 678-575-0173 | 2/6 1:46 p.m. | Exoticasianatlanta.com |
| 678-575-0173 | 2/6 1:46 p.m. | Buckhead |
| xxx-xxx-5400 | 2/6 1:56 p.m. | Just sent a request.  The website has conflicting info regarding who is available. |
| 678-575-0173 | 2/6 1:57 p.m. | How so? Jina, cherry and Clio are listed |
| 678-575-0173 | 2/6 1:57 p.m. | Ok we just require full name and you must show I'd [sic] for First visit |
| xxx-xxx-5400 | 2/6 2:02 p.m. |  |
| 678-575-0173 | 2/6 2:02 p.m. | Ok well look to the left on who is listed and pictured don't pay attention to the drop |
| xxx-xxx-5400 | 2/6 2:03 p.m. | got it |
| xxx-xxx-5400 | 2/6 2:03 p.m. | What times are good for Jina? |
| 678-575-0173 | 2/6 2:04 p.m. | What time are you wanting? |
| xxx-xxx-5400 | 2/6 2:07 p.m. | 4:30 |
| 678-575-0173 | 2/6 2:08 p.m. | That works how long? |
| 678-575-0173 | 2/6 2:08 p.m. | We do require name and id |
| xxx-xxx-5400 | 2/6 2:09 p.m. | one hour |

| xxx-xxx-5400 | 2/6 2:09 p.m. | Is the P411 into good enough |
|---|---|---|
| 678-575-0173 | 2/6 2:10 p.m. | Ok we just require fill name and you must show I'd [sic] for First visit |
| 678-575-0173 | 2/6 2:10 p.m. | I text you this 2x |
| xxx-xxx-5400 | 2/6 2:11 p.m. | OK, no problem, I put it on the form but here it is again. My name is [redacted]. |
| 678-575-0173 | 2/6 2:12 p.m. | Thanks |
| 678-575-0173 | 2/6 2:12 p.m. | Tuscany at Lindbergh apts |
| xxx-xxx-5400 | 2/6 2:14 p.m. | Ok, Jina – right? |
| 678-575-0173 | 2/6 2:19 p.m. | Yes |
| 678-575-0173 | 2/6 4:29 p.m. | ~Call box is on left when pulling in (not attached to gate) code 8937. Middle gate will open. |
| 678-575-0173 | 2/6 4:29 p.m. | Keep To the right through gate to (parking garage in from of you) or slightly to the right<br>Turn right one you GET INTO garage. Than make a left and park. If you look in right hand corner there is entrance to building 500. And it says 500 and elevator (on the sign)<br><br>~Go in that entrance you will see an elevator (to your right) that will take you to the 3rd flood. Get off make right, then left. Apt is on right #5306. For our safety and yours PLEASE DO NOT KNOCK! Door ywill [sic] be open, let yourself in. If girl isn't there please text me! Thnx |

100.    Because GPS data indicates that Bashir possessed 678-575-0173 at the times of

these texts messages, I believe that Bashir was composing these texts and arranging for

prostitution to take place with this client.  Further, the individual composing the texts from 678-

575-0173 demonstrates detailed knowledge of the contents of www.exoticasianatlanta.com

website, which Bashir would possess from accessing and updating the site.

**P.     Bashir Keep Ledgers of Atlanta Prostitution Proceeds at Target
         Location #7**

101.    On February 7, 2018, a trash collection from the curb outside of Target

Location #7 yielded two hand-written documents that I believe to be ledgers relating to the

prostitution business, depicted in Figure 8 below.




Figure 8: Handwritten ledgers collected from trash at the Bashir Residence on February 7, 2018.

102.     The first document, written on the reverse side of an Envision Healthcare Invoice #001570176-0000 issued to Susan S. Redmon, listed the names "Clio," "Miso," and "Cherry." Beneath each of the names was a list of dates, ranging from January 27 to February 2, accompanied by a list numbers, which I believe to be daily earnings.  Further, "Clio," "Miso," and "Cherry" are the listed names of women advertised on www.exoticasianatlanta.com as of February 1, 2018.  Similarly, the second document listed the names "Clio," "Cherry," and "Jina"; contained the dates February 3 and 4; and listed numbers, again believed to be daily earnings. "Clio," "Cherry," and "Jina" were all advertised on www.exoticasianatlanta.com on February 9, 2018.

## II.     SUMMARY OF EVIDENCE FOR VIRGINIA TARGET LOCATIONS

### A.     Target Location #1 (the Yoon/Taehee Kim Residence)

103.     Target Location #1—the residence of Yoon and Taehee Kim—was the locus of significant activity in furtherance of the prostitution operation.  The three websites advertising the prostitution business—www.bostonasiandolls.com, www.exoticasianatlanta.com, and www.redhotflowers69.com—are accessed, updated, and maintained from an IP address assigned to Target Location #1.  Supplies for the prostitution business, such as the thousands of condoms described in paragraph 57, have been shipped to Target Location #1.  Moreover, Yoon and Taehee Kim have used their personal residences in connection with the prostitution business for several years, providing their primary residences to real estate leasing companies when leasing brothel locations, and to banks in connection with accounts that are used to receive prostitution proceeds and to pay expenses associated with the prostitution business.  I know from my training an experience that individuals involved in the logistics and finances of a large-scale prostitution ring are likely to keep extensive records—both on paper and electronically—and that these

records are often kept at their residences.  Particularly where, as here, Yoon and Taehee Kim have a lengthy history of using their primary residence as a billing and mailing address when conducting prostitution-related business.  As noted, IP logs show extensive use of electronic devices in furtherance of the conspiracy from Target Location #1.

### B.    Target Location #2 (Edge Apt. 1123)

104.     The Edge Apt. 1123 is used as a brothel in the same manner as Fuse Apt. 335 (Target Location #3), Axiom Apt. 212 (Target Location #4), Tuscany Apt. 5306 (Target Location #8) and Bricks Apt. 1309 (Target Location #9).  On February 16, 2016, a client of Boston Asian Dolls, working at the direction of law enforcement, received text messages from the number listed on www.redhotflowers.com directing him to Target Location #2 for an appointment with "Venus," who was advertised on the website at the time.  Those text messages from 704-550-7879 also used a term referring to an explicit oral sex act.  In addition, law enforcement agents spoke to several individuals who told them that they had sex with women advertised on www.redhotflowers69.com at Target Location #2.  Although it is not clear from the website whether there are currently prostitutes working at Target Location #2, there is no question there were prostitutes working there recently, and I believe, based on my training and experience, there is likely evidence of the crimes under investigation there, including the presence of items associated with running a brothel such as condoms, lubricants, mouthwash and other hygiene items.

## III.    SUMMARY OF EVIDENCE FOR GEORGIA TARGET LOCATIONS

### A.    Target Location #7 (the Bashir Residence)

105.     Susan Bashir's residence is the location (along with Target Location #1) where brothel websites are regularly updated and maintained.  Based on phone location data, there is

probable cause to believe that Target Location #7 is also where the phones associated with the three websites advertising the prostitution ring are kept.  These phones likely contain not only evidence of communications with brothel customers but communications with the prostitutes working in the brothels and communications between and among co-conspirators.  It is clear from evidence obtained from Target Location #7's trash that Bashir tracks financial information associated with one or more Atlanta brothels.  I believe Bashir has also made cash deposits of suspected prostitution proceeds into one of Yoon Kim's accounts.  I therefore believe that within Target Location #7, there will be records—both paper and electronic—in addition to other evidence, reflecting the prostitution business.

### B.  Target Location #8 (Tuscany Apt. 5306) and #9 (Bricks Apt. 1309)

106.    Agents have spoken with customers of www.exoticasianatlanta.com who made appointments to have sex with women advertised on that website.  Those appointments occurred either in Target Location #8 or Target Location #9.  Agents have observed the text messages sent from 678-575-0173 (posted on the website) in which customers were directed to Target Location #8 and Target Location #9.  Target Location #8 was leased by Yoon Kim. Nonetheless, the fact that there are currently three women advertised on the Exotic Asian Atlanta website indicates that both locations are currently operating as brothels.  The women working as prostitutes use their phones to communicate with the individuals coordinating logistics for the organization (as shown in the text messages observed on ███████'s phone, *see* paragraph 75).  Those phones are likely with the women working in the brothels and will therefore likely be in both Target Location #8 and #9.

### CONCLUSION

107.    Based on the information described above, I have probable cause to believe that

Yoon Kim, Taehee Kim, Jineok Kim, Kyung Song, and Susan Bashir have conspired and continue to conspire to knowingly persuade, induce, entice, and coerce one or more individuals to travel in interstate or foreign commerce to engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2422, all in violation of 18 U.S.C. § 371. Moreover, I have probable cause to believe that evidence that crime, in addition to the other crimes identified in paragraph 5 will be found inside each Target Location.

Sworn to under the pains and penalties of perjury.

Errol C. Flynn
Special Agent
Homeland Security Investigations

Sworn and subscribed before me this __12__ th day of March, 2018

HONORABLE MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE